UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Keith Allen Carter**
698 Queen Street
Apt 3
Atlanta, GA 30310

**xxx−xx−8445**

**Jacqueline Carter**
698 Queen Street
Apt 3
Atlanta, GA 30310

**xxx−xx−0305**

Case No.: **11−52651−jrs**
Chapter: **7**

**ORDER**

    Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under §521(i)(1), Debtor is not required to file any further document pursuant to §521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under §521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in § 521(a)(1)(B), and this does not prevent the United States Trustee or Chapter 7 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.

_James R. Sacca_
_____

James R. Sacca
United States Bankruptcy Judge

Form 420