UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ENTERED ON DOCKET
MAR 22 2011

| | |
|---|---|
| IN RE: | CASE NO. 11-52651 |
| KEITH ALLEN CARTER | |
| JACQUELINE CARTER | |
| Debtor(s)/Movant(s), | CHAPTER 7 |
| v. | |
| WHEELS, INC., | |
| Respondent. | |

## ORDER

Before the Court is Debtor's Motion to Avoid Lien, as provided by 11 U.S.C. §522(f) and Bankruptcy Rule 4003(d). Respondent has not filed a response, and the motion is deemed unopposed. See BLR 6008-2, NDGa. Since the creditor whose lien is sought to be avoided has failed to controvert timely the Debtor's allegations, IT IS HEREBY ORDERED that the Judicial lien held by Respondent upon exempt property of the Debtor(s) is AVOIDED to the extent that such lien impairs an exemption to which Debtor would have been entitled pursuant to 11 U.S.C. Section 522(b).

IT IS SO ORDERED, this 21st day of March, 2011.

_____
JAMES R. SACCA
UNITED STATES BANKRUPTCY JUDGE

## DISTRIBUTION LIST

**Keith Allen Carter**
698 Queen Street
Apt 3
Atlanta, GA 30310

**Jacqueline Carter**
698 Queen Street
Apt 3
Atlanta, GA 30310

**Christopher Carouthers**
Chris Carouthers & Associates
20 Executive Park Drive, West, NE
Suite 2015
Atlanta, GA 30329

**Martha A. Miller**
Martha A. Miller, PC
229 Peachtree Street, NE
Suite 2415
Atlanta, GA 30303

Wheels Inc.
C/o Daniel F. Bridgers
120 North Candler Sr
Decatur, GA 30030-0000

Denis J. Jenkins
870 3-C Fowler Ave
Balto, MD 21234
REGISTERED AGENT