UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ENTERED ON DOCKET
MAR 2 2 2011

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 11-52651 |
| | : | |
| KEITH ALLEN CARTER | : | |
| JACQUELINE CARTER | : | |
| | : | |
| Debtor(s)/Movant(s), | : | CHAPTER 7 |
| v. | : | |
| | : | |
| GERALDINE ANDREWS | : | |
| | : | |
| Respondent. | : | |

## O R D E R

Before the Court is Debtor's Motion to Avoid Lien, as provided by 11 U.S.C. §522(f) and Bankruptcy Rule 4003(d). Respondent has not filed a response, and the motion is deemed unopposed. See BLR 6008-2, NDGa. Since the creditor whose lien is sought to be avoided has failed to controvert timely the Debtor's allegations, IT IS HEREBY ORDERED that the Judicial lien held by Respondent upon exempt property of the Debtor(s) is AVOIDED to the extent that such lien impairs an exemption to which Debtor would have been entitled pursuant to 11 U.S.C. Section 522(b).

IT IS SO ORDERED, this 21st day of March, 2011.

James R. Sacca

JAMES R. SACCA
UNITED STATES BANKRUPTCY JUDGE

## DISTRIBUTION LIST

**Keith Allen Carter**
698 Queen Street
Apt 3
Atlanta, GA 30310

**Jacqueline Carter**
698 Queen Street
Apt 3
Atlanta, GA 30310

**Christopher Carouthers**
Chris Carouthers & Associates
20 Executive Park Drive, West, NE
Suite 2015
Atlanta, GA 30329

**Martha A. Miller**
Martha A. Miller, PC
229 Peachtree Street, NE
Suite 2415
Atlanta, GA 30303

**Georgia Secretary of State
Corporation Division**
315 West Tower
2 MLK, Jr. Dr.
Atlanta, GA 30334-1530

**Geraldine Andrews**
2754 Landrum Dr., SW
Atlanta, GA 30311-0000